UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER: (1) AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE, (2) AUTHORIZING RELEASE OF SUBSCRIBER, CELL SITE, AND OTHER INFORMATION | § § § § § § § § § § § | Magistrate No. H-10-664M |

### ORDER TO UNSEAL

Since the reasons for keeping the warrant sealed are no longer pending, the Court ORDERS the warrant and accompanying application and affidavit unsealed.

Signed at Houston, Texas on February 9, 2012.

Stephen Wm. Smith
United States Magistrate Judge